UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:13-cr-0263-SEB-MJD-01 |
| ) | |
| BENNY EUGENE BROWN, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On February 1 and 3, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 19, 2017. Defendant Brown appeared in person with his appointed counsel Dominic Martin. The government appeared by James Warden, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Brown of his rights and provided him with a copy of the petition. Defendant Brown waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Brown admitted violations 1, 2, and 3. [Docket No. 35.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

1    **"The defendant refrain from any unlawful use of a controlled substance."**

On December 21, 22, 29, 31, 2016, and January 2, 2017, the offender tested positive for methamphetamine. He denied using controlled substances in the aforementioned test results. The test results were confirmed as positive for amphetamine and methamphetamine by Alere and Redwood Laboratories. As previously reported to the court, Mr. Brown tested positive for methamphetamine on June 13, July 6, August 13, and November 14, 2016. He denied using the substance on June 13, July 6, and August 13; however, did admit to using the substance on August 8, 2016. The offender also denied using the substance in November claiming his friend gave him cold medicine. The positive tests collected between June and November 2016, were all confirmed positive for amphetamine and methamphetamine by Alere and Redwood Laboratories.

2    **"The defendant shall participate in a substance abuse treatment program at the direction of the probation officer."**

On August 10, 2016, the probation officer referred the offender for both individual and group drug treatment. On January 4 and 18, 2017, Mr. Brown was called down for his drug treatment session with his counselor at the Residential Reentry Center. On both occasions he refused to report. On December 8, and 21, 2016, the offender did not attend his drug treatment group.

3    **"You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility."**

Since arriving at the RRC, the offender has accumulated 2 incident reports: blocking the exit door for other inmates during a fire drill, and refusing to come out of the shower area when instructed.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is V.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The government argued for a sentence of eighteen months with no supervised release to follow. The Defendant argued for extended supervision of eighteen months.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 02/16/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal